NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALAN K. RICHARDS,**
*Plaintiff-Appellant,*

v.

**PROFESSOR AYUSMAN SEN, PENNSYLVANIA STATE UNIVERSITY, PENN STATE RESEARCH FOUNDATION, AND MCQUAIDE BLASKO FLEMING & FAULKNER, INC.,**
*Defendants-Appellees.*

---

2011-1075

---

Appeal from the United States District Court for the Southern District of Florida in case no. 09-CV-14280, Judge K. Michael Moore.

---

## ON MOTION

---

## ORDER

The above-cited appeal has been transferred to the United States Court of Appeals for the Federal Circuit. Pursuant to Federal Circuit Rule 28, the parties hereby notify the Clerk that they stipulate to proceed on the

briefs filed in the United States Court of Appeals for the Eleventh Circuit.

Accordingly,

IT IS ORDERED THAT:

The appellant's principal brief, the appellees' answer brief, the appellant's reply brief, the appellant's appendix and the appellees' supplemental appendix are accepted for filing. This case is calendar ready.

FOR THE COURT

__MAR 1 0 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Patrick D. Kelly, Esq.
Laura Ganoza, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 0 2011

JAN HORBALY
CLERK